JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI FIELDS, an individual,<br><br>    Plaintiff,<br>v.<br>QSP, INC., aka TI MEDIA SOLUTIONS, INC., a Delaware corporation; TIME INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br>    Defendants. | CASE NO. CV 12 1238 CAS (PJWx)<br><br>**ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE CIVIL ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) AND 41(c)**<br><br>Location: Courtroom 5<br>Judge: The Hon Christina A. Snyder |
| TI MEDIA SOLUTIONS, INC. (formerly known as QSP, INC.),<br>    Counterclaimant,<br>v.<br>JUDI FIELDS, an individual,<br>    Counterdefendant. | |

**[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION WITH PREJUDICE**

Mitchell Silberberg & Knupp

4739063.1

1  The Court has before it a Stipulation Of Voluntary Dismissal Of Entire Civil
2  Action With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) and FRCP 41(c) signed
3  by counsel for Plaintiff and Counterdefendant Judi Fields, on the one hand, and
4  Defendant and Counterclaimant T.I. Media Solutions, Inc. (formerly known as
5  QSP Inc.) and Defendant Time Inc., on the other (collectively, the "Parties").
6  Having considered the Stipulation of the Parties, and for good cause shown, the
7  Court grants the Stipulation of the Parties.

8  Accordingly, IT IS HEREBY ORDERED that the complaint and
9  counterclaims are dismissed with prejudice, with each party to bear her/its own
10 attorneys' fees and costs.

13 Dated: July 23, 2012                            *Christina A. Snyder*
14                                                 The Honorable Christina A. Snyder
15                                                 United States District Judge

---

Mitchell Silberberg & Knupp

4739063.1

1

**[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION WITH PREJUDICE**